UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC TESTORI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NESTLE HEALTH SCIENCE US HOLDINGS, INC.,<br><br>Defendant. | Case No. 1:25-cv-01318-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(Doc. 5) |

On October 6, 2025, Plaintiff Eric Testori ("Plaintiff") initiated this action with the filing of a class action complaint against Defendant Nestle Health Science US Holdings, Inc. ("Defendant"). (Doc. 1).

Pending before the Court is the parties' stipulated request to extend the time for Defendant to respond to Plaintiff's complaint from November 6, 2025, to December 8, 2025, filed on October 27, 2025. (Doc. 5). The parties represent an extension is warranted as Defendant's counsel was recently retained and requires additional time to review and respond to the complaint. *Id.* at 2.

///

///

///

///

**Conclusion and Order**

In light of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that Defendant shall file its response to the complaint no later than **December 8, 2025**.

IT IS SO ORDERED.

Dated: __October 28, 2025__               _____
                                          UNITED STATES MAGISTRATE JUDGE